**Sam C. Gregory, PLLC**
2742 82nd Street
Lubbock, TX 79423-1428

Bar Number: **00792547**
Phone: **(806) 687-4357**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**
Revised 10/1/2016

| | | |
|---|---|---|
| IN RE: **James Martin Voss**<br>709 W. Main Street<br>Post, TX 79356 | xxx-xx-1983  §<br>§<br>§<br>§<br>§ | CASE NO: **20-50226** |

Debtor(s)

## AUTHORIZATION FOR ADEQUATE PROTECTION DISBURSEMENTS    DATED: 11/25/2020

The undersigned Debtor(s) hereby request that payments received by the Trustee prior to confirmation be disbursed as indicated below:

| Periodic Payment Amount | | **$12,000.00** |
|---|---|---|
| Disbursements | First (1) | Second (2) (Other) |
| Account Balance Reserve | $5.00 | $5.00 carried forward |
| Trustee Percentage Fee | $1,199.50 | $1,200.00 |
| Filing Fee | $0.00 | $0.00 |
| Noticing Fee | $320.00 | $0.00 |
| **Subtotal Expenses/Fees** | **$1,524.50** | **$1,200.00** |
| Available for payment of statutory fees and charges. Adequate Protection, Attorney Fees and Current Post-Petition Mortgage Payments: | **$10,475.50** | **$10,800.00** |

## SECURED CREDITORS (INCLUDING PRE-PETITION MORTGAGE ARREARS):

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| Ally Financial | 2018 Chevrolet Express (approx. 9 | $30,258.22 | $21,550.00 | 3.56845% | $769.00 |
| Ally Financial | 2017 Chevrolet Express (approx. 6 | $22,296.20 | $22,425.00 | 3.54961% | $796.00 |
| Ally Financial | 2017 Chevrolet City Express (appr | $13,990.56 | $14,350.00 | 3.47735% | $499.00 |
| Ally Financial | 2017 Chevrolet Express (approx. 4 | $23,682.61 | $23,900.00 | 3.53975% | $846.00 |
| Ally Financial | 2019 Chevrolet Silverado 2500 (ap | $45,397.87 | $42,025.00 | 3.85723% | $1,621.00 |
| Ally Financial | 2019 Chevrolet Express (approx. 2 | $34,696.22 | $28,725.00 | 4.31332% | $1,239.00 |
| Kapitus, LLC | A/R, Inventory, & Equip. (1st Lien) | $86,154.00 | $101,189.24 | 3.03985% | $3,076.00 |
| Kubota Credit Corp | 2017 Kubota Model #K008T4 Trac | $10,014.00 | $6,800.00 | 3.57353% | $243.00 |
| Nissan Motor Acceptance | 2017 Nissan Rogue (approx. 57,00 | $12,561.19 | $15,900.00 | 2.81761% | $448.00 |
| On Deck Capital, Inc. | A/R, Inventory, & Equip. (2nd Lien | $125,060.76 | $15,035.24 | 3.57161% | $537.00 |
| Simmons Bank | 2014 Ford F-350 (approx. 142,000 | $11,191.00 | $12,000.00 | 3.33333% | $400.00 |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

Case No: 20-50226
Debtor(s): James Martin Voss

| | Total Adequate Protection Payments: | **$10,474.00** |
|---|---|---|

**DOMESTIC SUPPORT OBLIGATION CREDITORS:**

| Name | Scheduled Amount | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|
| | Total Adequate Protection Payments: | | **$0.00** |

**CURRENT POST-PETITION MORTGAGE PAYMENTS (CONDUIT):**

| Name | Collateral | Start Date | Scheduled Amount | Value of Collateral | Payment Amount |
|---|---|---|---|---|---|
| | | | Total Adequate Protection Payments: | | **$0.00** |

**SUMMARY OF PRE-CONFIRMATION PAYMENTS**

| **First Month Disbursement (after payment of Clerk's Filing Fee and Chapter 13 Trustee Percentage Fee):** | |
|---|---|
| Current Post-Petition Mortgage Payments (Conduit payments), per mo: | **$0.00** |
| Adequate Protection to Secured Creditors @ min. of 1.25% | **$10,474.00** |
| Adequate Protection to Domestic Support Obligations @ min. of 1.25% | **$0.00** |
| Debtor's Attorney, pro rata: | **$0.00** |
| **Disbursements starting month 2 (after payment of Clerk's Filing Fee and Chapter 13 Trustee Percentage Fee):** | |
| Current Post-Petition Mortgage Payments (Conduit payments), per mo: | **$0.00** |
| Adequate Protection to Secured Creditors @ min. of 1.25% | **$10,474.00** |
| Adequate Protection to Domestic Support Obligations @ min. of 1.25% | **$0.00** |
| Debtor's Attorney, pro rata: | **$0.00** |

DATED: **11/25/2020**

**/s/ Sam C. Gregory**
Attorney for Debtor(s)