

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 10, 2020                                         **United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| James Martin Voss | * | CASE NO. 20-50226 |
| | * | |
| | * | |
| DEBTOR(S) | * | CHAPTER 13 |

### INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

On this day came on to be heard Debtor's Motion for Order Authorizing Use of Cash Collateral on an interim basis pending a full and final hearing.  Upon consideration of the evidence presented and the argument of counsel, the Court finds that the relief requested is necessary for Debtor to pay ongoing legitimate critical expenses of the business for items including, but not limited to, employee payroll, utilities, and sales & payroll taxes.  Accordingly, the Court finds that relief should be granted solely on an interim basis until the matter comes on for full hearing on January 27, 2021 at 9:00 a.m.

It is therefore ORDERED and DECREED that Debtor is hereby authorized to use the cash collateral on which Kapitus, LLC and On Deck Capital, Inc. retains liens to support ongoing legitimate critical business expenses.  The authority granted herein is interim in nature and

grants relief only until the matter can be heard on the Court's January 27, 2021 docket. The hearing will be held via WebEx. The meeting/dial-in-information for this docket can be found on the Courts website (www.txnb.uscourts.gov) under Judge Jones Hearing Dates and Calendar tab prior to the hearing.

      Counsel for Debtor shall serve a true and correct copy of this Order on Kapitus, LLC and On Deck Capital, Inc. and file a Certificate of Service with the clerk once service has been completed.

# # # End of Order # # #

Order prepared by:

Sam C. Gregory, PLLC
SBN 00792547
2742 82nd Street
Lubbock, Texas 79423
Phone: (806) 687-4357
Fax:   (806) 687-1866
E-mail: sam@samcgregory.com