IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JAMES MARTIN VOSS
P.O. BOX 429
POST, TX  79356

Case Number: 20-50226  
Date: 02/12/2021

Debtor's Attorney:  SAM C. GREGORY

### TRUSTEE'S NOTICE OF CLAIMS FILED AND NOT FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the  bar date (deadline for filing claims) provided by Rule 3002. "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.  Please note that BankruptcyCode Section 502 (b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| # | Creditor Name / Address / Acct # | Scheduled Amt | | Claim Amt / Date Filed | Class |
|---|---|---|---|---|---|
| 3 | ALLY BANK<br>PAYMENT PROCESSING CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | $30,258.22 | | $30,658.29<br>12/01/2020 | SECURED-VEHICLE |
| 5 | BANK OF AMERICA NA<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | $32,048.42 | | $32,791.14<br>01/14/2021 | UNSECURED |
| 6 | CardioNet, LLC<br>c/o BYL Collection Services, LLC<br>P.O. Box 569<br>Malvern, PA  19355 | $803.00 | X | $0.00<br>Not Filed | UNSECURED |
| 8 | CITIBANK<br>P.O. BOX 6500<br>SIOUX FALLS, SD  57117 | $32,901.56 | X | $0.00<br>Not Filed | UNSECURED |
| 9 | City of Post<br>105 E. Main<br>Post, TX  79356 | $384.80 | X | $0.00<br>Not Filed | SECURED<br>Paid Direct |
| 10 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | $2,248.21 | | $4,238.89<br>12/07/2020 | UNSECURED |
| 12 | DISCOVER PERSONAL LOANS<br>PO BOX 6105<br>CAROL STREAM, IL  60197-6105 | $30,661.35 | | $30,494.93<br>12/03/2020 | UNSECURED |
| 13 | Garza County<br>P.O. Box 26<br>Post, TX  79356 | $596.15 | X | $0.00<br>Not Filed | SECURED<br>Paid Direct |
| 15 | KAPITUS SERVICING INC<br>120 WEST 45TH ST<br>4TH FLOOR<br>NEW YORK, NY  10036 | $86,154.00 | | $80,382.77<br>01/26/2021 | SECURED |

| | Creditor Name<br>Address<br>Acct # | Scheduled Amt | | Claim Amt<br>Date Filed | Class |
|---|---|---|---|---|---|
| 16 | KUBOTA CREDIT CORPORATION<br>PO BOX 2313<br>CAROL STREAM, IL 60132-2313 | $10,014.00 | | $8,581.44<br>12/24/2020 | SECURED |
| 17 | NISSAN MOTOR ACCEPTANCE CORP<br>PO BOX 660366<br>DALLAS, TX 75266-0366 | $12,561.19 | | $12,149.18<br>12/26/2020 | SECURED |
| 19 | ON DECK CAPITAL INC<br>CLIENT SERVICES CENTER<br>4201 WILSON BLVD SUITE 110-209<br>Arlington, VA 22203 | $125,060.76 | | $120,748.32<br>01/20/2021 | SECURED |
| 20 | ON DECK CAPITAL INC<br>CLIENT SERVICES CENTER<br>4201 WILSON BLVD SUITE 110-209<br>Arlington, VA 22203 | $13,097.99 | | $11,014.86<br>01/20/2021 | UNSECURED |
| 21 | Peoples Bank<br>Post Branch<br>615 N. Broadway<br>Post, TX 79356 | $78,700.00 | X | $0.00<br><br>Not Filed | UNSECURED<br><br>Paid Direct |
| 22 | Post ISD<br>P.O. Drawer F<br>Post, TX 79356 | $1,045.23 | X | $0.00<br><br>Not Filed | SECURED<br><br>Paid Direct |
| 23 | Reggie Cooper<br>c/o Post Plumbing Heating & A/C<br>P.O. Box 628<br>Levelland, TX 79336 | $17,000.00 | | $17,000.00<br>02/02/2021 | UNSECURED |
| 24 | Serena L. Voss<br>709 W Main Street<br>Post, TX 79356 | $0.00 | X | $0.00<br><br>Not Filed | UNSECURED |
| 26 | SIMMONS FIRST AUTO INC<br>PO BOX 733<br>UNION CITY, TN 38281 | $11,191.00 | | $9,278.89<br>12/04/2020 | SECURED-VEHICLE |
| 30 | U.S. Small Business Admin.<br>Disaster Assistance<br>Processing & Disbursement Center<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | $80,000.00 | X | $0.00<br><br><br><br>Not Filed | SECURED<br><br><br><br>Paid Direct |
| 33 | WELLS FARGO<br>P.O. BOX 6995<br>PORTLAND, OR 97228-6995 | $1,383.18 | X | $0.00<br><br>Not Filed | UNSECURED |
| 34 | WELLS FARGO BANK NA<br>WELLS FARGO BANK PAYMENT REMITTANCE<br>CENTER<br>PO BOX 51174<br>LOS ANGELES, CA 90051 | $53,625.83 | | $54,203.49<br>01/05/2020 | UNSECURED |
| 35 | ALLY BANK<br>PAYMENT PROCESSING CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | $22,296.20 | | $22,591.31<br>12/02/2020 | SECURED-VEHICLE |
| 36 | ALLY BANK<br>PAYMENT PROCESSING CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | $13,990.56 | | $14,136.47<br>12/01/2020 | SECURED-VEHICLE |

In Re:   JAMES MARTIN VOSS  
Case Number:   20-50226  

Page 2 of 3  
Date: 02/12/2021

| In Re:      JAMES MARTIN VOSS | Page 3 of 3 |
|---|---|
| Case Number:  20-50226 | Date: 02/12/2021 |

| # | Creditor Name / Address / Acct # | Scheduled Amt | | Claim Amt / Date Filed | Class |
|---|---|---|---|---|---|
| 37 | ALLY BANK<br>PAYMENT PROCESSING CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | $23,682.61 | | $23,997.92<br>12/01/2020 | SECURED-VEHICLE |
| 38 | ALLY BANK<br>PAYMENT PROCESSING CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | $45,397.87 | | $45,874.31<br>12/09/2020 | SECURED-VEHICLE-NO CRAM DOWN |
| 39 | ALLY BANK<br>PAYMENT PROCESSING CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | $34,696.22 | | $35,075.76<br>12/01/2020 | SECURED-VEHICLE-NO CRAM DOWN |
| 40 | City of Post<br>105 E. Main<br>Post, TX  79356 | $483.51 | | $0.00 | SECURED |
|   |   |   | X | Not Filed | Paid Direct |
| 41 | Garza County<br>P.O. Box 26<br>Post, TX  79356 | $749.06 | | $0.00 | SECURED |
|   |   |   | X | Not Filed | Paid Direct |
| 42 | Post ISD<br>P.O. Drawer F<br>Post, TX  79356 | $1,283.30 | | $0.00 | SECURED |
|   |   |   | X | Not Filed | Paid Direct |
| 43 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | $20,760.17 | | $21,198.92<br>12/03/2020 | UNSECURED |

This notice is provided solely to inform Debtor and Counsel of the filing status of claims at the bar date.
IT IS THE RESPONSIBILITY OF THE DEBTOR TO CONSULT WITH THEIR ATTORNEY ABOUT ANY LEGAL ACTION. LATE FILED CLAIMS ARE NOT ALLOWED UNLESS BY COURT ORDER.  SEE IN RE: HOGAN, 346 B. R. 175 (BANKR. N.D. TEX 2006).  If this case converted from Chapter 7 to 13, it may have different bar dates than those listed in this document.  A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall be retained in the Trustee's file in this case.

/s/  Robert B. Wilson
Standing Bankruptcy Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing TRUSTEE'S NOTICE OF CLAIMS FILED AND NOT FILED was served on the following parties electronically or at the addresses listed below by U.S. First Class mail.

CALLAN CLARK SEARCY, SEARCY & SEARCY PC, PO BOX 3929, LONGVIEW, TX  75606
JAMES MARTIN VOSS, P.O. BOX 429, POST, TX  79356
JOSHUA P SEARCY, SEARCY & SEARCY PC, PO BOX 3929, LONGVIEW, TX  75606
SAM C. GREGORY, 2742 82ND STREET, LUBBOCK, TX  79423

Date:  02/12/2021                                                                                /s/ Robert B. Wilson
                                                                                                           Robert B. Wilson, Chapter 13 Trustee