**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**1407 Buddy Holly Avenue**
**Lubbock, TX 79401-9401**
**(806) 748-1980**
**(806) 748-1956 FAX**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO: 20-50226** |
| **JAMES MARTIN VOSS** | **CHAPTER 13** |
| **DEBTOR(S),** | **JUDGE Robert L. Jones** |

## NOTICE OF WITHDRAWAL OF TRUSTEE'S NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL

**NOTICE IS HEREBY GIVEN** that Katherine L. Davis, Trustee hereby **WITHDRAWS** the "TRUSTEE'S NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL" , Docket Entry No. 84 filed on or about 04/08/2024.

Dated: April 22, 2024

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice was served by United States first class mail, postage paid, or electronically by the Court, upon the following parties:

JAMES MARTIN VOSS
P.O. BOX 429
POST, TX 79356

SAM C. GREGORY
2742 82ND STREET
LUBBOCK, TX 79423

UNITED STATES TRUSTEE
1100 COMMERCE ST RM 976
DALLAS, TX 75242

Respectfully submitted,

/s/ MARC MCBEATH
Katherine L. Davis
Chapter 13 Trustee
Marc McBeath, Bar# 13328600
Staff Attorney