OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
1407 Buddy Holly Avenue
Lubbock, TX 79401-9401
(806) 748-1980
(806) 748-1956 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| IN RE:<br><br>**JAMES MARTIN VOSS**<br><br><br>**DEBTOR(S),** | CASE NO: 20-50226<br><br>CHAPTER 13<br><br>JUDGE Robert L. Jones |

### NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO COMPEL TO FILE WITH THE COURT A COPY OF THE FEDERAL INCOME TAX RETURN OR IN THE ALTERNATIVE TO PROVIDE A COPY TO THE TRUSTEE WITHIN TEN (10) DAYS OF THE ENTRY OF THE ORDER REQUESTED HEREIN

**NOTICE IS HEREBY GIVEN** that Katherine L. Davis, Trustee hereby **WITHDRAWS** the "TRUSTEE'S MOTION TO COMPEL TO FILE WITH THE COURT A COPY OF THE FEDERAL INCOME TAX RETURN OR IN THE ALTERNATIVE TO PROVIDE A COPY TO THE TRUSTEE WITHIN TEN (10) DAYS OF THE ENTRY OF THE ORDER REQUESTED HEREIN ", Docket Entry No. 87 filed on or about 06/12/2024.

Dated: October 23, 2024

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice was served by United States first class mail, postage paid, or electronically by the Court, upon the following parties:

JAMES MARTIN VOSS
P.O. BOX 429
POST, TX 79356

SAM C. GREGORY
2742 82ND STREET
LUBBOCK, TX 79423

UNITED STATES TRUSTEE
1100 COMMERCE ST RM 976
DALLAS, TX 75242

Respectfully submitted,

/s/ MARC MCBEATH
Katherine L. Davis
Chapter 13 Trustee
Marc McBeath, Bar# 13328600
Staff Attorney